Form 3A
(10/05)

# United States Bankruptcy Court

District Of ____Illinois____

In re __Felicia Watkins__,          Case No. __07-20009__
        Debtor
                                     Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __274.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __68.50__   Check one ☑ With the filing of the petition, or
                         ☐ On or before _____

   $ __68.50__   on or before __11-29-07__  fw

   $ __68.50__   on or before __12-29-07__  fw

   $ __68.50__   on or before __01-28-08__  fw

   OCT 29 2007

   KENNETH S. GARDNER, CLERK
   U.S. BKCY. CT. ____

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    __Felicia Watkins__   __10.29.07__
Signature of Attorney    Date    Signature of Debtor                Date
                                 (In a joint case, both spouses must sign.)

_____
Name of Attorney                 _____
                                 Signature of Joint Debtor (if any)   Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
_____ District Of _____Illinois_____

In re _Felicia Watkins_____,
           Debtor

Case No. _07-20009_

Chapter _13_

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____ Check one ☐ With the filing of the petition, or
                                        ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: _OCT 2 9 2007_

**KENNETH S. GARDNER**
**Clerk, U.S. Bankruptcy Court**

Kenneth S. Gardner Clerk of the Court